PHILLIP A. TALBERT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2775
Facsimile: (916) 554-2900
email: bobbie.montoya@usdoj.gov

Attorneys for Petitioner United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:17-CV-1144-DAD-SKO |
|---|---|
| Petitioner, | |
| v. | **PETITIONER'S REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING AND ORDER** |
| MICHAEL A. JERKOVICH, dba, SUPER SUDS LAUNDRY, | |
| Respondent. | **Taxpayer:**<br>**MICHAEL A. JERKOVICH, dba SUPER SUDS LAUNDRY** |
| | **OLD HEARING DATE:** |
| | Date: October 18, 2017<br>Time: 9:30 a.m.<br>Ctrm: 7, 6th Floor<br>Judge; Honorable Sheila K. Oberto |
| | **NEW HEARING DATE:** |
| | Date: November 29, 2017<br>Time: 9:30 a.m.<br>Ctrm: 7, 6th Floor<br>Judge: Honorable Sheila K. Oberto |

Petitioner, the UNITED STATES OF AMERICA, hereby requests that the Court grant a continuance of the Order to Show Cause Hearing Re: Tax Summons Enforcement currently scheduled for Wednesday, October 18, 2017, at 9:30 a.m., in Courtroom No. 7, before the Honorable Sheila K. Oberto. The additional time is needed in order to (1) make further attempts of service upon the

PETITIONER'S REQUEST FOR CONTINUANCE OF ORDER
TO SHOW CAUSE HEARING AND ORDER

1

respondent, MICHAEL A. JERKOVICH; and (2) have sufficient time to file and serve a Motion for Alternate Service of Process, should further attempts at service fail. A proposed Order is submitted herewith.

Dated: September 20, 2017

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:    /s/ Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U.S. Attorney
Attorneys for Petitioner
United States of America

# ORDER

The Court is in receipt of the above request to continue the Order to Show Cause Hearing. (Doc. 5.) For good cause shown, IT IS HEREBY ORDERED that the Order to Show Cause Hearing is continued to Wednesday, November 29, 2017, at 9:30 a.m., in Courtroom No. 7.[1]

IT IS SO ORDERED.

Dated: __September 20, 2017__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] Due to the Court's trial calendar, it is not available on the Petitioner's proposed hearing date of November 15, 2017.