1  McGREGOR W. SCOTT
   United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2741
   Facsimile: (916) 554-2900
5
6  Attorneys for United States

7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO.  1:17-CV-1144 DAD SKO |
|---|---|---|
| 12 | Plaintiff, | **ORDER REGARDING SHOW CAUSE HEARING** |
| 13 | v. | |
| 14 | MICHAEL JERKOVICH, ET AL. | |
| 15 | Respondent. | |

16

17    On January 10, 2018, all parties in the above-referenced matter appeared before this Court for an

18 Order to Show Cause hearing.  At the hearing, the parties agreed that **on or before March 11, 2018,**

19 **Respondent Jerkovich will provide IRS Revenue Agent David Lopez the following documents**:

20    1. Partnership returns for 2014, 2015, and 2016;

21    2. Personal income tax returns for 2012, 2013, 2014, 2015, and 2016; and

22    3. Financial information including completed Form 433a, 2017 bank statements, proof of

23 income, and major expense statements including mortgage statements, vehicle loans and personal loans.

24    Respondent also agreed to get current on his 941 tax deposits by making payroll taxes on the 15th

25 day of every month.

26    If Respondent has been communicating with Revenue Officer Lopez and providing the specified

27 business returns and financial information, the United States may extend Respondent's time to provide

28 the personal returns from March 11, 2018, to April 11, 2018.

ORDER                                    1

Respondent stated that he prefers to be served via email at supersuds@att.net.

**A status hearing in this matter is scheduled for April 25, 2018, at 9:30 a.m. in Courtroom 7.**

Pursuant to the parties' agreement and good cause appearing,

IT IS SO ORDERED.

Dated: **January 11, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

ORDER 2