McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2741
Facsimile: (916) 554-2900

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Petitioner,<br><br>v.<br><br>MICHAEL A. JERKOVICH, dba, SUPER SUDS LAUNDRY,<br><br>                Respondent. | CASE NO. 1:17-CV-1144 DAD SKO<br><br>**ORDER REGARDING SHOW CAUSE HEARING** |

On April 25, 2018, all parties in the above referenced matter appeared before this Court for a second Order to Show Cause hearing because Respondent still had not produced the summoned information. Specifically, at the original January 10, 2018, Order to Show Cause hearing, the parties agreed—and this Court subsequently ordered—Respondent Jerkovich to provide IRS Revenue Agent David Lopez with the following documents no later than April 11, 2018:

    1. Partnership returns for 2014, 2015, and 2016;

    2. Personal income tax returns for 2012, 2013, 2014, 2015, and 2016; and

    3. Financial information including completed Form 433a, 2017 bank statements, proof of income, and major expense statements including mortgage statements, vehicle loans and personal loans.

    Defendant also agreed to get current on his 941 tax deposits by making payroll taxes on the 15th of every month.

ORDER                                                                                                     1

Respondent failed to comply with the Court's January 11, 2018 order. Although Respondent brought some documents to the April 25, 2018, hearing, the documents were incomplete. Despite this, the United States was amendable to Respondent being given one last chance to provide the required documents before escalating this matter to a contempt proceeding.

Accordingly, the parties agreed that **on or before June 30, 2018, Respondent Jerkovich shall provide IRS Revenue Agent David Lopez with the following documents**:

1. His partnership returns for 2014, 2015, and 2016;

2. His personal income tax returns for 2012, 2013, 2014, 2015, and 2016; and

3. Copies of requested financial information including any outstanding 2017 bank statements, proof of income, and major expense statements including mortgage statements, vehicle loans and personal loans.

Respondent also agreed to get current on his 941 tax deposits by making payroll taxes on the 15th of every month.

**A further hearing in this matter is scheduled for 9:30 a.m. on July 25, 2018.**

**No later than five (5) days prior to hearing date, Petitioner SHALL advise the Court whether Respondent has complied with the tax summons and whether a further hearing is necessary. If no hearing is necessary, the Court will vacate the hearing.**

Respondent was advised of the importance of communicating with the United States and the Revenue Officer about the status of his efforts and production of required documents.

Based on the parties' agreement, and good cause existing,

IT IS SO ORDERED.

Dated: **May 1, 2018**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER　　　　　　　　　　　　　　2