IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL A. JERKOVICH, dba, SUPER SUDS LAUNDRY,<br><br>Respondent. | CASE NO. 1:17-CV-1144 DAD SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 32) |

On May 8, 2019, Petitioner, the United States of America, filed a "Notice of Voluntary Dismissal of Petition for Tax Summons Enforcement," in which Petitioner notifies the Court of the dismissal of the entire action without prejudice. (Doc. 32.) Petitioner filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Petitioner has voluntarily dismissed this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated: **May 9, 2019**         /s/ *Sheila K. Oberto*
                               UNITED STATES MAGISTRATE JUDGE

1